PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

CLERK, U.S. DISTRICT COURT RECEIVED OCT 26 2020 EASTERN DIST. OF TEXAS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** EASTERN **DISTRICT OF TEXAS**
TYLER **DIVISION**

Zafres LaMonn McDonald
Plaintiff's Name and ID Number

Gregg County Jail
Place of Confinement

Amended Complaint

CASE NO: 6:20cv507
(Clerk will assign the number)

Maxey Cerliano 101 E. Methvin, Suite 559 Longview, Tx 75601
Jeff Callaway 101 E. Methvin, Suite 559 Longview, Tx 75601
Luke Whitehead 101 E. Methvin Suite 559 Longview Tx 75601
Defendant's Name and Address
Ben Reynolds 101 E. Methvin Suite 559 Longview Tx 75601
Gary Robinson 101 E. Methvin Suite 559 Longview Tx 75601
Defendant's Name and Address
Steven Slack 101 E. Methvin Suite 559 Longview Tx 75601
B. Ernest 101 E. Methvin Suite 559 Longview Tx 75601
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _X_NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: __________
2. Parties to previous lawsuit:

   Plaintiff(s) __________

   Defendant(s) __________
3. Court: (If federal, name the district; if state, name the county.) __________
4. Cause number: __________
5. Name of judge to whom case was assigned: __________
6. Disposition: (Was the case dismissed, appealed, still pending?) __________
7. Approximate date of disposition: __________

II. PLACE OF PRESENT CONFINEMENT: Gregg County Jail, Gregg County Texas

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ___YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Zafres LaMonn McDonald # 39397
101 East Methvin St
Longview, Texas 75601

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Steven Stadt Sgt. Gregg County Jail/sheriff's office
101 E. Methvin Suite 559 Longview Texas 75601

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Major use of force and placement in separation cell covered in feces 8½ hours with denial of Due Process Cruel and unusual Punishment

Defendant #2: B. Ernest Jailer/deputy Gregg County Jail/sheriff's offices
101 E. Methvin Suite 559 Longview Texas 75601

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Major Use of force/placement in separation cell covered in human feces 8½ hours with denial of Due Process Cruel and usual Punishment

Defendant #3: Ben Reynolds Lt. Gregg County Sheriff's office
101 E. Methvin Suite 559 Longview Texas 75601

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. had knowlage of Acts
Responsiable for those under him and their actions and he did nothing to Right the wrong and covered up by his actions

Defendant #4: Gary Robinson Lt. Gregg County Sheriff's office
101 E. Methvin Suite 559 Longview Texas 75601

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
had knowlage of Actions of those under him and did nothing to wright this wrong Responsiable for those under him

Defendant #5: Luke Whitehead Capt. Gregg County Sheriff's office 101 E. Methvin Suite 559 Longview Texas 75601
Had Direct knowlage of Actions of those Under him and did Nothing/responsiable for Enforcing Policy

~~Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.~~

Defendant #6 Jeff Callaway Capt. Gregg County Sheriff's office 101 E. Methvin Suite 559 Longview Tx. 75601
Responsiable for enforcing policy and the actions of those under him

Defendant #7 Maxey Cerliano Sheriff Gregg County Sheriff's office
101 E. Methvin Suite 559 Longview Texas 75601
Has Responsiability for Policy and the enforcement of Policy of All aspects of Gregg County/Sheriffs employees

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Please See Attachment's Exhibit #1 A, b, And C
Exhibit #2
Exhibit #3
Exhibit #4
Exhibit #5 A, b, C, D, And E

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I pray the Court Rules in my favor for Monetary damages/Cruel and Unusual Punishment/Pain and Mental suffering in the Amount of 2 (two) Million dollars

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

[crossed out] ZAfires LaMown McDonald

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Gregg County JAil #39397 TDCJ #576597

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):____________

2. Case number:____________

3. Approximate date sanctions were imposed:____________

4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES X NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division):________________________
2. Case number:____________________________________________
3. Approximate date warning was issued:________________________________

Executed on: 10/13/2020
DATE

Zafres LaMonn McDonald
Zafres McDonald
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 13 th day of October, 20 20.
(Day) (month) (year)

ZAfRES LAMONN McDONALd
Zafres LaMonn McDonald
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

# Account Transaction History

Mcdonald, Zafres Lamonn (39397)

Location: 7DO4

*From 2/27/2020 To 10/14/2020 11:59:59 PM*

**Cash Starting Balance: $0.00**

**A/R Starting Balance: $0.00**

| Trans. # | Date/Time | Entry Type | Notes | Amount | A/R | A/R Bal. | Cash Bal. |
|---|---|---|---|---|---|---|---|
| 1787371 | 2/27/2020 9:15 PM | Inmate Note | ******* Opened Account ******* | | | $0.00 | $0.00 |
| 1798094 | 3/16/2020 12:14 PM | Inmate Bill | Indigent Writing 3/13/20 | | $0.60 | $0.60 | $0.00 |
| 1798191 | 3/16/2020 12:27 PM | Inmate Bill | Indigent Clothing 3/13/20 | | $6.50 | $7.10 | $0.00 |
| 1798521 | 3/17/2020 2:21 PM | Inmate Bill | Medical 3/8/20-3/14/20 | | $3.00 | $10.10 | $0.00 |
| 1799417 | 3/18/2020 3:25 PM | Inmate Bill | Medical 3/8/20-3/14/20 | | $4.50 | $14.60 | $0.00 |
| 1801872 | 3/24/2020 10:29 AM | Inmate Bill | Medical 3/15/20-3/21/20 | | $3.75 | $18.35 | $0.00 |
| 1803144 | 3/27/2020 10:30 AM | Inmate Bill | Indigent Writing 3/27/20 | | $0.60 | $18.95 | $0.00 |
| 1804919 | 4/1/2020 4:22 PM | Inmate Bill | Medical 3/22/20-3/28/20 | | $9.00 | $27.95 | $0.00 |
| 1805883 | 4/4/2020 4:34 PM | Inmate Bill | copies | | $1.30 | $29.25 | $0.00 |
| 1807009 | 4/7/2020 10:36 AM | Inmate Bill | Medical 3/29/20-4/4/20 | | $5.25 | $34.50 | $0.00 |
| 1809270 | 4/14/2020 2:48 PM | Inmate Bill | Medical 4/5/20-4/11/20 | | $8.25 | $42.75 | $0.00 |
| 1810184 | 4/17/2020 10:44 AM | Inmate Bill | Indigent Writing 4/17/20 | | $0.60 | $43.35 | $0.00 |
| 1810743 | 4/19/2020 2:38 AM | Inmate Bill | Gelusil 04/16/20 | | $0.75 | $44.10 | $0.00 |
| 1811436 | 4/20/2020 10:52 AM | Inmate Bill | Medical 4/12/20-4/18/20 | | $10.50 | $54.60 | $0.00 |
| 1812768 | 4/23/2020 6:55 PM | Inmate Bill | 4/15/20 1245 Claritin, HCC | | $0.75 | $55.35 | $0.00 |
| 1812916 | 4/23/2020 8:29 PM | Inmate Bill | MD 3/24/20 | | $10.00 | $65.35 | $0.00 |
| 1813178 | 4/23/2020 11:04 PM | Inmate Bill | MD 3/3/20 | | $10.00 | $75.35 | $0.00 |
| 1813925 | 4/24/2020 4:13 PM | Inmate Bill | Indigent Writing 4/24/20 | | $0.60 | $75.95 | $0.00 |
| 1820203 | 4/30/2020 9:05 AM | Inmate Bill | Medical 4/19/20-4/25/20 | | $9.75 | $85.70 | $0.00 |
| 1821298 | 5/1/2020 10:29 AM | Inmate Bill | Indigent Writing 5/1/20 | | $0.60 | $86.30 | $0.00 |
| 1826124 | 5/7/2020 9:53 AM | Inmate Bill | Medical 4/26/20-5/2/20 | | $10.50 | $96.80 | $0.00 |
| 1829310 | 5/13/2020 4:14 PM | Inmate Bill | Medical 5/3/20-5/9/20 | | $10.50 | $107.30 | $0.00 |
| 1830057 | 5/15/2020 10:33 AM | Inmate Bill | Indigent Writing 5/15/20 | | $0.60 | $107.90 | $0.00 |
| 1837513 | 5/26/2020 10:48 AM | Inmate Bill | Medical 5/10/20-5/16/20 | | $10.50 | $118.40 | $0.00 |
| 1843199 | 6/5/2020 4:27 PM | Inmate Bill | Indigent Writing 6/5/20 | | $0.60 | $119.00 | $0.00 |
| 1846331 | 6/10/2020 10:41 AM | Inmate Bill | Medical 5/17/20-5/23/20 | | $10.50 | $129.50 | $0.00 |
| 1846598 | 6/10/2020 3:47 PM | Inmate Bill | Medical 5/24/20-5/30/20 | | $10.50 | $140.00 | $0.00 |
| 1849224 | 6/14/2020 3:43 AM | Inmate Note | ******* Closed Account ******* | | | $140.00 | $0.00 |
| 1849395 | 6/14/2020 4:20 AM | Inmate Note | ******* Opened Account ******* | | | $140.00 | $0.00 |
| 1851735 | 6/17/2020 11:29 PM | Inmate Bill | 4/4/20 TYLENOL, CLARITIN | | $0.75 | $140.75 | $0.00 |
| 1851959 | 6/18/2020 10:04 AM | Inmate Bill | 4/2/20 Tylenol | | $0.75 | $141.50 | $0.00 |

| Trans. # | Date/Time | Entry Type | Notes | Amount | A/R | A/R Bal. | Cash Bal. |
|---|---|---|---|---|---|---|---|
| 1852072 | 6/18/2020 2:26 PM | Inmate Bill | 4/2/20 IBU | | $0.75 | $142.25 | $0.00 |
| 1852190 | 6/18/2020 4:07 PM | Inmate Bill | 3/29/20 Tylenol | | $0.75 | $143.00 | $0.00 |
| 1853430 | 6/21/2020 2:46 AM | Inmate Bill | zyrtec-HCC 03/28/2020 | | $0.75 | $143.75 | $0.00 |
| 1854684 | 6/22/2020 2:23 AM | Inmate Bill | tylenol 04/02/2020 | | $0.75 | $144.50 | $0.00 |
| 1854723 | 6/22/2020 2:57 AM | Inmate Bill | tylenol/claritin 03/24/2020 | | $0.75 | $145.25 | $0.00 |
| 1855210 | 6/22/2020 10:35 PM | Inmate Bill | 3/27/20 | | $5.00 | $150.25 | $0.00 |
| 1855781 | 6/23/2020 2:46 PM | Inmate Bill | 4/7/20 Tylenol/Claritin | | $0.75 | $151.00 | $0.00 |
| 1858759 | 6/25/2020 9:01 AM | Inmate Bill | Medical 5/31/20-6/6/20 | | $5.25 | $156.25 | $0.00 |
| 1860305 | 6/26/2020 4:09 PM | Inmate Bill | Medical 6/7/20-6/13/20 | | $8.25 | $164.50 | $0.00 |
| 1861583 | 6/27/2020 8:17 AM | Inmate Bill | Tylenol ES 031420 | | $0.75 | $165.25 | $0.00 |
| 1863233 | 6/27/2020 3:55 PM | Inmate Bill | Claritin 061920 | | $0.75 | $166.00 | $0.00 |
| 1871200 | 7/2/2020 10:18 AM | Inmate Bill | Indigent Writing 7/3/20 | | $0.60 | $166.60 | $0.00 |
| 1876780 | 7/7/2020 9:41 AM | Inmate Bill | Medical 6/14/20-6/20/20 | | $7.50 | $174.10 | $0.00 |
| 1877163 | 7/7/2020 2:57 PM | Inmate Bill | Medical 6/21/20-6/27/20 | | $9.00 | $183.10 | $0.00 |
| 1882185 | 7/12/2020 7:15 PM | Inmate Bill | Dr. White 4/7/20 | | $10.00 | $193.10 | $0.00 |
| 1883211 | 7/13/2020 2:42 AM | Inmate Bill | MD 5/14/20 | | $10.00 | $203.10 | $0.00 |
| 1886877 | 7/18/2020 2:32 PM | Inmate Bill | Claritin 07/16/2020 | | $0.75 | $203.85 | $0.00 |
| 1890436 | 7/24/2020 10:36 AM | Inmate Bill | Indigent Writing 7/24/20 | | $0.60 | $204.45 | $0.00 |
| 1897105 | 7/30/2020 9:57 AM | Inmate Bill | Medical 6/28/20-7/4/20 | | $10.50 | $214.95 | $0.00 |
| 1898700 | 7/31/2020 8:41 AM | Inmate Bill | Indigent Writing 7/31/20 | | $0.60 | $215.55 | $0.00 |
| 1904077 | 8/7/2020 2:41 PM | Inmate Bill | Indigent Writing 8/7/20 | | $0.60 | $216.15 | $0.00 |
| 1904274 | 8/7/2020 2:57 PM | Inmate Bill | Indigent Clothing 8/7/20 | | $6.50 | $222.65 | $0.00 |
| 1906910 | 8/13/2020 2:19 AM | Inmate Bill | HCC 081220 | | $0.75 | $223.40 | $0.00 |
| 1906950 | 8/13/2020 9:29 AM | Inmate Bill | Medical 7/26/20-8/1/20 | | $10.50 | $233.90 | $0.00 |
| 1909448 | 8/17/2020 9:37 AM | Inmate Bill | Indigent Writing 8/14/20 | | $0.60 | $234.50 | $0.00 |
| 1910518 | 8/18/2020 1:38 PM | Inmate Bill | Medical 8/2/20-8/8/20 | | $10.50 | $245.00 | $0.00 |
| 1911729 | 8/19/2020 1:56 PM | Inmate Bill | Medical 7/5/20-7/11/20 | | $10.50 | $255.50 | $0.00 |
| 1911877 | 8/19/2020 2:24 PM | Inmate Bill | Medical 7/12/20-7/18/20 | | $10.50 | $266.00 | $0.00 |
| 1916033 | 8/27/2020 10:21 AM | Inmate Bill | Medical 7/19/20-7/25/20 | | $10.50 | $276.50 | $0.00 |
| 1917933 | 8/31/2020 4:19 PM | Inmate Bill | Indigent Writing 8/28/20 | | $0.60 | $277.10 | $0.00 |
| 1921136 | 9/8/2020 9:29 AM | Inmate Bill | Indigent Writing 9/4/20 | | $0.60 | $277.70 | $0.00 |
| 1922319 | 9/10/2020 8:23 PM | Inmate Bill | Claritin 09/10/20 | | $0.75 | $278.45 | $0.00 |
| 1924056 | 9/14/2020 9:22 AM | Inmate Bill | Indigent Writing 9/11/20 | | $0.60 | $279.05 | $0.00 |
| 1924617 | 9/15/2020 11:36 PM | Inmate Bill | HCC 08/31/20 | | $0.75 | $279.80 | $0.00 |
| 1924719 | 9/16/2020 12:48 AM | Inmate Bill | HCC 08/21/20 | | $0.75 | $280.55 | $0.00 |
| 1926178 | 9/18/2020 1:29 PM | Inmate Bill | Indigent Writing 9/18/20 | | $0.60 | $281.15 | $0.00 |
| 1926400 | 9/18/2020 4:11 PM | Inmate Bill | Medical 8/16/20-8/22/20 | | $12.00 | $293.15 | $0.00 |
| 1927145 | 9/21/2020 12:57 AM | Inmate Bill | HCC 08/19/20 | | $0.75 | $293.90 | $0.00 |
| 1929649 | 9/25/2020 10:47 AM | Inmate Bill | Indigent Writing 9/25/20 | | $0.60 | $294.50 | $0.00 |
| 1932154 | 9/28/2020 12:42 AM | Inmate Bill | Claritin 08/16/20 | | $0.75 | $295.25 | $0.00 |
| 1932196 | 9/28/2020 12:50 AM | Inmate Bill | Claritin 09/11/20 | | $0.75 | $296.00 | $0.00 |
| 1932205 | 9/28/2020 12:52 AM | Inmate Bill | Claritin 09/14/20 | | $0.75 | $296.75 | $0.00 |
| 1932210 | 9/28/2020 12:53 AM | Inmate Bill | Claritin 09/15/20 | | $0.75 | $297.50 | $0.00 |

| Trans. # | Date/Time | Entry Type | Notes | Amount | A/R | A/R Bal. | Cash Bal. |
|---|---|---|---|---|---|---|---|
| 1932214 | 9/28/2020 12:54 AM | Inmate Bill | Claritin 09/17/20 | | $0.75 | $298.25 | $0.00 |
| 1932215 | 9/28/2020 12:54 AM | Inmate Bill | Claritin 09/18/20 | | $0.75 | $299.00 | $0.00 |
| 1932220 | 9/28/2020 12:55 AM | Inmate Bill | Claritin 09/20/20 | | $0.75 | $299.75 | $0.00 |
| 1932225 | 9/28/2020 12:55 AM | Inmate Bill | Claritin 09/21/20 | | $0.75 | $300.50 | $0.00 |
| 1932697 | 9/28/2020 4:15 AM | Inmate Bill | Claritin 09/23/20 | | $0.75 | $301.25 | $0.00 |
| 1932759 | 9/28/2020 4:36 AM | Inmate Bill | HCC 09/08/20 | | $0.75 | $302.00 | $0.00 |
| 1932765 | 9/28/2020 4:37 AM | Inmate Bill | HCC 08/28/20 | | $0.75 | $302.75 | $0.00 |
| 1932769 | 9/28/2020 4:38 AM | Inmate Bill | Benadryl 09/04/20 | | $0.75 | $303.50 | $0.00 |
| 1932808 | 9/28/2020 10:48 AM | Inmate Bill | Claritin 9/24/20 | | $0.75 | $304.25 | $0.00 |
| 1933201 | 9/29/2020 3:23 PM | Inmate Bill | Medical 8/9/20-8/15/20 | | $12.75 | $317.00 | $0.00 |
| 1934676 | 10/1/2020 10:39 AM | Inmate Bill | Medical 8/23/20-8/29/20 | | $10.50 | $327.50 | $0.00 |
| 1936222 | 10/3/2020 10:32 PM | Inmate Bill | Claitin 10/02/20 | | $0.75 | $328.25 | $0.00 |
| 1936263 | 10/4/2020 1:40 AM | Inmate Bill | Claritin 10/01/20 | | $0.75 | $329.00 | $0.00 |
| 1936322 | 10/4/2020 1:58 AM | Inmate Bill | Claritin 09/30/20 | | $0.75 | $329.75 | $0.00 |
| 1936369 | 10/4/2020 2:17 AM | Inmate Bill | Claritin 09/28/20 | | $0.75 | $330.50 | $0.00 |
| 1936549 | 10/4/2020 3:36 AM | Inmate Bill | Claritin 09/29/20 | | $0.75 | $331.25 | $0.00 |
| 1937752 | 10/5/2020 2:39 AM | Inmate Bill | Benedryl 09/07/20 | | $0.75 | $332.00 | $0.00 |
| 1937758 | 10/5/2020 2:41 AM | Inmate Bill | Benadryl 09/06/20 | | $0.75 | $332.75 | $0.00 |
| 1937796 | 10/5/2020 3:00 AM | Inmate Bill | Benadryl 09/05/20 | | $0.75 | $333.50 | $0.00 |
| 1938838 | 10/7/2020 10:57 AM | Inmate Bill | Indigent Writing 10/2/20 | | $0.60 | $334.10 | $0.00 |
| 1939431 | 10/8/2020 9:21 AM | Inmate Bill | Medical 9/6/20-9/12/20 | | $10.50 | $344.60 | $0.00 |
| 1939815 | 10/8/2020 10:27 AM | Inmate Bill | Medical 9/20/20-9/26/20 | | $10.50 | $355.10 | $0.00 |
| 1940142 | 10/9/2020 10:40 AM | Inmate Bill | Indigent Writing 10/9/20 | | $0.60 | $355.70 | $0.00 |
| 1941841 | 10/12/2020 3:51 PM | Inmate Bill | Medical 9/13/20-9/19/20 | | $10.50 | $366.20 | $0.00 |

**Cash Ending Balance: $0.00**
**A/R Balance: $366.20**

# Exhibit #1 'A'

on 03/26/2020 in the A.m. officer B.Ernest was on walks. I requested toilet paper and was told to wait. several hours later I asked again and was cussed by officer B.Ernest and I pushed the button and asked to speak to the sgt. who was "STEVEN Stadt" Sgt. Steven Stadt came to the cell and told me to come with him. on the way there he kept telling me that I was not respectful I asked him what he meant and that I didn't even know him, for he didn't work the north jail, but all he said was im disrespectful to his officers. he took me to a room up front and told me he was doing me a favor, I asked how and he stated that if I didn't like it I could go back to my cell, I said take me back because at that point I had become afraid (Sgt. Stadt had left the door open and I observed officer B. Ernest who I had my problem with,) with the sgt's comments and these actions of officer Ernest I just wanted to go back to my cell. when I got into the hallway I stopped in front of the central Control I know there was camera's. at this point with my arms crossed in front of me and not in a threatening manner, officer B.Ernest ran out of a side door and grabbed me and slammed me into the wall causing my mouth to be busted and I was placed in handcuffs (All the time Sgt. Stadt is telling ERNEST "WAtch the CAMERA'S) I was taken down a hallway and Sgt Stadt asked Ernest was the cell ready. I was placed in a cell that was covered in human waste this cell had been vacated by an inmate with mental issues who threw his waste (FECES) I pushed the button and complained but was told to stay off the button, officer Ernest had been placed in the control. I filed a grievance about the matter of my confinement and the condiction of the seperation cell I was placed in. one was addressed to Lt. Whitehead which was answered by Lt. Robinson stating that I will have a Disciplinary write up. (NEVER got A WRite up for ANything) while in this seperation cell B. Ernest came to the cell stating

Exhibit #1 "B"

to me that if I was not so disrespectful I would not be in that cell. I told him that there was human feces everywhere, he stated "I know." I wrote another grievance that was answered by Lt. Ben Reynolds, who told me that he had viewed the video and found no wrong doing. never addressing my being placed in the cell covered with the human feces for 8½ hours. all of which was in the grievance. I stayed in this cell until shift changed at which time officer Carlton Gray came by and smelled the feces and I showed him all the human feces on bunk, wall, desk, floor, I told him that I had been standing in that spot in front of the door for 8½ hours. officer Gray stated he wouldn't do a dog like that and said he was going to go talk to Corp. C. Berry. who did in fact move me to another cell. I wrote another request, but for medical attention (my mouth). I spent 8 days in separation and didn't get any type of write up. I grieved the matter and was called out by Lt. Luke Whitehead who said he was going to investigate. I gave him the names of all involved, he never even talked to officer Gray. I appealed his findings to Chief Jeff Callaway who told me I basically made it up. I filed my final step to Sheriff Maxey Cerliano who told me he was upholding the decision of the disciplinary board (I HAVE THE WRITTEN REPLYS to my GRIEVANCES), but there was never a disciplinary so I was just lied to to cover up the wrong doing. The Sheriff sets Jail policy and it is enforced by his staff JEFF CALLAWAY, LUKE WHITEHEAD, BEN REYNOLDS, GARY ROBINSON, STEVEN STADTS, AND B. ERNEST. all are involved because of their actions and or lack of action, and then their indifference to what had happened after being brought to the attention of those who create policy and those who enforce policy. in each case when I tried to get help and filed grievances, I was denied.

(1) I was denied due process by being placed in solitary confinement without being given a disiplinary write up nor a hearing

Exhibit #1 "c"

(2) I was denied medical treatment after a major use of force where I had to request medical attention

(3) I was intentionally placed in a cell that a mentally disturbed inmate had just been moved out of and then left there for 8 1/2 hours and my every attempt to get help was ignored or denied while being told that I was being wrote up for not following orders but never getting any type of Writ up. and spending 8 days in a Separation cell (SOLITARY) all of which I do have copies of Grievances with their replies showing I did complain about feces for which I was moved after 8 1/2 hours.

(4) after my filing Grievances and realizing that Sgt Steven Stoldt and officer B. Ernest had violated my civil rights the Ranking Staff Conspired to cover up. I wasn't allowed to have a investigation of the actual facts, my witnesses was not interviewed (Officer Carlton Gray) to support my claim about the human waste (FECES) in the cell I was placed in, I was denied my being allowed to present my paperwork because it directly proved my claims, I was told that there was no paperwork. There was no investigation into my claims because they all knew what happened and the acts were to punish me even though I had not violated jail Rules only because I "HAD A SMART ASS mouth that WAS DISRESPECTFUL" So after I was "PUNISHED" it was covered up by all staff who was in positions to correct the wrongs against me.

Zyfres McDonald

10/13/2020

McDonald
75ef

Exhibit #2

OPEN

Viewed Assigned to:

05-12-2020 02:40 PM

## DENIAL OF REQUESTED PAPERWORK RELATED TO LEGAL MATTERS

Inmate
Zafres Mcdonald

Description
Lt. Gary Robinson////// DENIED MY REQUEST FOR COPIES OF COMPLAINTS I HAVE FILED STATING I CAN SEE THEM ON THE KEIOUS, BUT I STATED THAT I NEEDED THEM FOR LEGAL REASONS AND HE KNOWS THAT I HAVE NO WAY TO SEND THESE COPIES TO WHERE I NEED THEM TO GO... THIS IS AN ACT TO KEEP ME FROM FILING ANY OUTSIDE COMPLAINTS... SARGENT STADT TRIED TO GET THEM FOR ME,BUT THE SYSTEM WOULD NOT LET HIM FOR WHATEVER REASON, [THANK YOU FOR TRYING SARGENT STADT ]. IF THERE IS A POLICY STATING WHERE I CAN'T HAVE THE ACTUAL PAPER COPY OF MY COMPLAINTS I NEED TO BE ADVISED OF IT, AND IF NOT THEN PLEASE LET ME HAVE THESE COPIES OF MY COMPLAINTS... [WITHOUT THESE ACTUAL PAPER COMPLAINTS I HAVE NO PROOF OF MY ACTIONS ] TELLING ME THEY ARE ON THIS KEIOUS WHEN ANYONE WITH COMMON SENSE CLEARLY CAN SEE THAT I ONLY CAN ACCESS THESE COMPLAINTS ON SAID KEIOUS WHICH HINDERS MY ACTIONS WHERE IT IS REQUIRED THAT I SHOW PROOF OF THE ACTUAL COMPLAINTS... THIS ACT BY THE LT. IS A DIRECT ACT TO HINDER MY LEGAL ACTIONS AGAINST HIM AND OTHERS BY THE VERY ACT OF DENIAL OF REQUESTED PAPERWORK.... IF NEED BE CHARGE ME FOR THE COPIES, BECAUSE I DON'T MIND PAYING

Cell location
7DQ4

## ACTIVITY

**Donald Whitehead** (employee) left a comment
06-11-2020 02:16 PM
This specific request was printed off and given to inmate at his request.

**Donald Whitehead** (employee) left a comment
06-11-2020 02:15 PM
What specific requests are you wanting printed off? Please let me know which specific ones, and I will print them off for you.

**Donald Whitehead** (employee) Viewed This Task
06-11-2020 02:14 PM

**Tony Monsivais** (employee) Viewed This Task
06-11-2020 01:53 PM

**Tony Monsivais** (employee) Viewed This Task
06-11-2020 01:50 PM

**Donald Whitehead** (employee) Viewed This Task
06-05-2020 01:52 PM

**Tony Monsivais** (employee) Viewed This Task

Exhibit # 3

Date: May 11, 2020
To: Zafres McDonald
From: Jeff Callaway – Jail Administrator; Gregg County Sheriff's Office; Longview, Texas
Re: Grievance Appeal

Mr McDonald

I have looked over all of the reports in this case, I find that you failed to follow a lawful order from Sgt Stadt, and began causing a disturbance in the jail. As a result, you were placed in the cell to promote order. You were placed in a separation cell due to your behavior, and for nothing else.

I do not find any reports that indicate anyone noticed any feces on the cell to back your assertion that the cell was "covered in human waste", in fact, the reports emphatically deny that they saw or smelled feces, or urine in the cell.

I find that there is no merit to your assertion that officers lied to place you in the separation cell, and there is no evidence to support your claim that officers "abuse power".

Lastly, your claim that your complaint was not properly investigated is unfounded, there were several jailers and staff interviewed, and they submitted reports as a result.

Your appeal to me is denied.

Respectfully

J Callaway

Jeff Callaway



Exhibit # 4

**MAXEY CERLIANO**

Sheriff, Gregg County

TO: Zafres Lamonn McDonald, SO# 39397

FROM: Sheriff Maxey Cerliano

Subject: Grievance Appeal

Date: September 3, 2020

Mr. McDonald,

I am in receipt of your grievance appeal, dated September 4, 2020. It is noted that this grievance is related to an incident that occurred on March 26, 2020. This matter has been reviewed by the Grievance Board, Captain Luke Whitehead, and Chief Deputy Jeff Callaway.

Based upon a review of all reports and video, the Grievance Board made a decision that you should be place on Restriction. You have appealed the decision to Captain Whitehead and Chief Deputy Callaway, which resulted in a denial.

I have conducted a thorough review of all reports and documents in this matter. In addition, I have conducted a review of your inmate file. I can find no compelling information to reverse the decisions previously made.

Therefore, based upon a total review of this matter, your grievance appeal is denied.

The decision of the Sheriff is final.

Respectfully,

Maxey Cerliano, Sheriff

Gregg County, Texas

MC:cc

101 E. Methvin, Suite 559 Longview, Texas 75601 903-236-8400 (Voice) 800-765-2189 (Toll Free) 903-753-3560 (Fax)

Exhibit #5 "A"

*EMERGENCY*

GREGG COUNTY JAIL – REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

*EMERGENCY*

NAME: McDonald Zakes CELL: SEP #12 CB4

PURPOSE OF FORM: (CHECK ONLY ONE) ID#: 39397

X GRIEVANCE ____ MEDICAL ATTENTION

____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) X OTHER I have original grievance filed which was not signed by anyone.

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC: I wrote an emergency grievance on 3/26/2020 about my being placed in seperation. I was told that I spoke with Sgt Stadt and was placed in seperation for refusal to follow written or oral directives. Where is said write up. And I am requesting all video starting at [illegible] & audio which from that point will show the personal name of the jailer [illegible] who came to seperation and told me I was [illegible]

INMATE SIGNATURE: [signature]
DATE: 3/28/2020

JAILER SIGNATURE: [signature]
DATE: 03-28-20 TIME: 1435

REPLY: Mr. McDonald, I reviewed the video footage of this incident did not see wrong doing on our staff's part. After being told to go to you cell several times, you stopped and turned towards Sgt. Stadt. You were not served a disciplinary and were removed from SEP. However the use of force is justified.

Lt. Reynolds 4-6-20

INMATE SIGNATURE: Z. McDonald
DATE: 4-7-2020 TIME: 1:13 AM

JAILER SIGNATURE: [signature]
DATE: 4/7/20 TIME: 110

Exhibit #5
"B"

GREGG COUNTY JAIL – REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: McDonald Zafres CELL: Sep 1-2

PURPOSE OF FORM: (CHECK ONLY ONE) ID#: 39397

_____ GRIEVANCE __X__ MEDICAL ATTENTION

_____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) _____ OTHER __________

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:

My I.D was busted yesterday when I was cuffed and placed in Sep 1-2. I have had no medical treatment

INMATE SIGNATURE: [signature]

DATE: 03/27/2020

JAILER SIGNATURE: Q Kelley EMT-P

DATE: 3/27/20 TIME: 1600

---

REPLY: assessed by medical - no symptoms of infection noted - no serosanguinous fluid noted. [illegible] @ 2230

INMATE SIGNATURE: __________

DATE: __________ TIME: __________

JAILER SIGNATURE: [signature]

DATE: 3-28-20 TIME: 2026

Exhibit # "C"

GREGG COUNTY JAIL – REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: McDonald Zafaes CELL: Sep 16

PURPOSE OF FORM: (CHECK ONLY ONE) ID#: 393497

X GRIEVANCE ____ MEDICAL ATTENTION

____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) ____ OTHER Unsafe acts by Staff

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:

I have been placed in a cell that has human waste on the walls + floor this is a act that is personal and intended to cause me harm to get me sick. the officer knew the cell had human waste but put me here as a personal attack

McDonald

INMATE SIGNATURE

DATE: 03/26/2020

[illegible]

JAILER SIGNATURE

DATE: 03-26-20 TIME: 2227

REPLY: Moved to sep 12

McDonald

INMATE SIGNATURE

DATE: 03/26/2020 TIME: 10:33

JAILER SIGNATURE

DATE: ____ TIME: ____

Exhibit #5
"D"

GREGG COUNTY JAIL – REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: McDonald, [illegible] CELL: [illegible] 16

PURPOSE OF FORM: (CHECK ONLY ONE) ID#: 39397

X GRIEVANCE ____ MEDICAL ATTENTION

____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) ____ OTHER Lt. Whitehead

REASON FOR GRIEVANCE/OTHER REQUEST OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC

Sir please talk to me. I am being DENIED Due [illegible]

THIS CELL IS COVERED IN HUMAN WASTE AND NO ONE WILL TALK TO ME [illegible]

[signature] INMATE SIGNATURE — Redic JAILER SIGNATURE

DATE: 3/2[illegible]/2020 DATE: 3-26-2020 TIME: 1542

REPLY: you will have a Disciplinary Board [illegible] in reference to your write up. CT Robinson

[signature] INMATE SIGNATURE ____ JAILER SIGNATURE

DATE: ____ TIME: ____ DATE: ____ TIME: ____

Exhibit #5

"E"

EMERGENCY

GREGG COUNTY JAIL – REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: McDonald Zules CELL: [illegible] 16

PURPOSE OF FORM: (CHECK ONLY ONE) ID#: 39397

X GRIEVANCE ____ MEDICAL ATTENTION

____ MEDICATION (OTHER THAN MED CALL PROBLEMS ONLY) ____ OTHER EMERGENCY

REASON FOR GRIEVANCE/OTHER REQUEST/OR MEDICAL ATTENTION (IF NOT CONFIDENTIAL) – BE SPECIFIC:

I have been placed in Separation for according to officer [illegible] [illegible] [illegible] and [illegible] jail rules for which is a minor infraction not to mention its not true but to place me here without due process is a violation of my rights. I requested to speak with [illegible] and [illegible] was told there was none. My cell is [illegible] in [illegible]

INMATE SIGNATURE [signature] JAILER SIGNATURE [signature]

DATE: 03/25/2020 DATE: 3-26-20 TIME: 1501

REPLY: You spoke to Sgt. Stadt. You were placed in Sep. for Refusal to follow written or oral directives, which is a Major Directive code.

[signature]

INMATE SIGNATURE JAILER SIGNATURE

DATE: ____ TIME: ____ DATE: ____ TIME: ____

Zatres LaMonn McDonald #39397
Gregg County Jail
101 E. Methvin
Suite 600
Longview, Texas 75601

Hasler
10/15/2020
US POSTAGE
FIRST-CLASS MAIL
$02.20⁰
ZIP 75601
011D12603031

United States District Court
Eastern District of Texas
211 W. Ferguson St.
Tyler, Texas 75702

"Legal Mail"

INMATE INDIGENT