UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00507

**Zafres Lamonn McDonald,**
*Plaintiff,*

v.

**Maxey Cerliano et al.,**
*Defendants.*

# ORDER

Plaintiff Zafres Lamonn McDonald, a prisoner in the Texas prison system, proceeding pro se and *in forma pauperis*, filed the above-styled and numbered civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation (Doc. 35) concluding that defendants Steven Stadt and B. Earnest's motion for summary judgment (Doc. 30) should be granted and that plaintiff's complaint should be dismissed with prejudice. The court's docket reflects that the report was mailed to plaintiff on August 8, 2022. As of the date of this order, no objections have been filed.

When there have been no timely objections filed to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. It is accordingly ordered that defendants Steven Stadt and B. Earnest's motion for summary judgment (Doc. 30) is granted and plaintiff's complaint is dismissed with prejudice. All motions which may be pending in this civil action are denied.

*So ordered by the court on August 30, 2022.*

                        J. CAMPBELL BARKER
                       United States District Judge